UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KENNETH R. BURNETT, | ) | CASE NO. C09-0190-RSM-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION FOR CONTINUANCE |
| DR. ASLAM, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This is a civil rights action which is proceeding under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). This matter comes before the Court at the present time on plaintiff's pending motion for an extension of the deadline for filing his amended complaint. The Court, having reviewed plaintiff's motion, does hereby ORDER as follows:

(1)     Plaintiff's motion for continuance (Dkt. 9) is GRANTED. Plaintiff is directed to file his amended complaint not later than **July 15, 2009**. Plaintiff is advised that no further extensions will be granted. Thus, if plaintiff fails to file his amended complaint by the above date, this Court will recommend that the instant action be dismissed.

/ / /

ORDER GRANTING PLAINTIFF'S
MOTION FOR CONTINUANCE
PAGE -1

01          (2)       The Clerk shall send copies of this Order to plaintiff and to the Honorable

02 Ricardo S. Martinez.

03          DATED this <u>11th</u> day of June, 2009.

04
                                        <u>s/ Mary Alice Theiler</u>
05                                      United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22