UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KENNETH R. BURNETT, | ) | CASE NO. C09-0190-RSM-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING DEFENDANTS' |
| | ) | MOTION FOR EXTENSION OF TIME |
| DR. ASLAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This is a civil rights action which is proceeding under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). This matter comes before the Court at the present time on defendants' motion for an extension of time to respond to plaintiff's complaint. The Court, having reviewed defendants' motion, and the balance of the record, does hereby ORDER as follows:

(1) Defendants' motion for an extension of time (Dkt. 22) is GRANTED. Defendants are directed to file and serve either an answer to the amended complaint, or a motion directed to the amended complaint as permitted by Rule 12 of the Federal Rules of Civil Procedure, not later than ***December 21, 2009***.

01       (2)    The Clerk shall send copies of this Order to plaintiff, to counsel for defendants,

02 and to the Honorable Ricardo S. Martinez.

03       DATED this 5th day of November, 2009.

                                          Mary Alice Theiler
                                          United States Magistrate Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR EXTENSION OF TIME
PAGE -2