UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KENNETH R. BURNETT, | ) | CASE NO. C09-0190-RSM-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING MOTIONS FOR |
| | ) | EXTENSION OF TIME |
| DR. ASLAM, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The is a civil rights action which is preceeding under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). This matter comes before the Court at the present time on defendants' second motion for an extension of time to respond to plaintiff's complaint and on plaintiff's motion for an extension of time to respond to defendants' motion for summary judgment. The Court, having reviewed the parties' motions, and the balance of the record, does hereby ORDER as follows:

(1) Defendants' second motion for an extension of time to respond to plaintiff's complaint (Dkt. 24) is GRANTED. Defendants' motion for summary judgment, which was filed in lieu of an answer to the complaint, was received by the Court on December 28, 2009,

ORDER GRANTING MOTIONS
FOR EXTENSION OF TIME
PAGE -1

01 and has been accepted for filing.

02     (2) Plaintiff's motion for an extension of time to respond to defendants' summary
03 judgment motion (Dkt. 30) is GRANTED. Plaintiff is directed to file and serve his response to
04 defendants' summary judgment motion not later than **March 22, 2010**.

05     (3) Defendants' summary judgment motion (Dkt. 25) is RE-NOTED on the Court's
06 calendar for consideration on **March 26, 2010**. Defendants' shall file and serve any reply
07 brief in support of their motion by that date.

08     (4) The Clerk shall send copies of this Order to plaintiff, to counsel for defendants
09 and to the Honorable Ricardo S. Martinez.

10     DATED this 18th day of February, 2010.

Mary Alice Theiler
United States Magistrate Judge