01
02
03
04
05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 KENNETH R. BURNETT,                    )
                                          )
09      Plaintiff,                        )   CASE NO.   C09-190-RSM
                                          )
10      v.                                )   ORDER GRANTING DEFENDANTS'
                                          )   MOTION FOR SUMMARY
11 DR. M. ASLAM, *et al.*,                )   JUDGMENT
                                          )
12      Defendants.                       )
                                          )

13

14      The Court, having reviewed plaintiff's second amended complaint, defendants' motion

15 for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler,

16 United States Magistrate Judge, and the remaining record, does hereby ORDER:

17      (1)     The Court adopts the Report and Recommendation;

18      (2)     Defendants' motion for summary judgment (Dkt. No. 25) is GRANTED;

19      (3)     Plaintiff's second amended complaint (Dkt. No. 16) and this action are

20              DISMISSED with prejudice; and

21 / / /

22 / / /

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE -1

01  (4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for

02  defendants, and to the Honorable Mary Alice Theiler.

03  DATED this 30 day of August 2010.

04

05

06  RICARDO S. MARTINEZ

07  UNITED STATES DISTRICT JUDGE

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE -2